UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRI MILLER,

                     No. 2:10-cv-00369-MCE-EFB

       Plaintiff,

     v.                    **ORDER TO SHOW CAUSE**

METROPOLITAN LIFE INSURANCE
COMPANY; QUEBECOR WORLD LONG
TERM DISABILITY PLAN,

       Defendants.

----oo0oo----

    Through the present action, Plaintiff Terri Miller seeks to obtain long term disability benefits under an employee welfare benefit plan established by her employer, Defendant Quebecor World, and issued by Defendant Metropolitan Life Insurance Company.  Plaintiff contends her disability benefits were improperly terminated and she seeks both reinstatement of those benefits and the payment of past benefits she claims she should have received.

///

///

1

1    Plaintiff's lawsuit was commenced on February 11, 2010 in

2  the Sacramento Division of this Court.  The Complaint indicates

3  that Plaintiff is a resident of Merced County, California, and

4  while the Complaint is silent with respect to Defendant Quebecor

5  World's location, it appears likely that Plaintiff worked for

6  Quebecor World in Merced County.

7    Merced County is part of the Fresno Division of the United

8  States Court for the Eastern District of California.  <u>See</u> Local

9  Rule 120(d).  Pursuant to Local Rule 120(f), any civil action

10  which has not been commenced in the proper court may, on the

11  Court's own motion, be transferred to the proper division.

12    Because the Court suspects that all actions relevant to this

13  lawsuit occurred within Merced County, intradistrict transfer to

14  Fresno would appear appropriate.  Plaintiff is ordered to show

15  cause why such transfer should not occur.  Plaintiff is directed

16  to respond to this Order to Show Cause not later than **Friday,**

17  **March 5, 2010.**  Unless good cause is demonstrated for retaining

18  the case in Sacramento, the Court will order the matter

19  transferred to the Court's Fresno Division without further

20  notice.

21    IT IS SO ORDERED.

22

 Dated: February 26, 2010

23

24

25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

26

27

28

2